dawn: davis lemieux
c/o 3101 Springhill Road
Bozeman, Montana
(406) 580-1778   59718

OCT 18 2022

Clerk, U.S. Courts
District of Montana
Billings Division

in the dawn davis lemieux court,

at the "UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA"

*'justice shall be administered without sale, denial, or delay'*

i: woman: dawn: davis lemieux;
    wronged woman, pursuing

the woman; lanora: ann wellock reyher;
    woman, wrongdoer

case number CV - 22 -117-BLG-SPW-
    TJC

nature of case:  claim trespass by way
of theft of property of the woman
dawn: davis lemieux and claim of
damages

i: a woman: dawn: davis lemieux; claim trespass by way of theft of property of i:
the woman; said trespass cause damage to the woman.

i, testify all herein be true, and will verify in open court; claim: trespass by way of
theft of property of i and damages;

by: _____
        dawn: davis lemieux

---

## Glossary of words and terms for this claim

**man:** the creation of God-the all that is; There is only one kind of man but many kinds of persons, and human is a distinction created by man; human is hu (hue) a colorable man-it appears as if it is man but it is not; it is a diminishment of the genuine man a creation of God; it is the same level as an animal; it is the natural man who has rejected God, it is the first adam talked about in the holy bible who is only concerned with earthly things and itself; it is not the spiritual man, the second adam who dwells in God's kingdom and follows God's laws;

**woman:** The creation of God-the all that, although like a man the woman contains a womb which allows the woman to conceive, carry and bear a son or daughter;

**dawn davis lemieux** (hereinafter 'i' and 'prosecutor'): a wronged woman pursuing a wrongdoer, a woman who sometimes acts as a president of Posterity United Montana Assembly and Montana Communities Association private associations;

**lanora ann wellock reyher** (hereinafter 'lanora reyher' and 'lanora' and 'wrongdoer'): a woman who sometimes acts as incorporator and registered agent of Reyher PUMA 2019;

**president**: authority, by unanimous agreement between i and tracy, gene, carl, steven and eric over all private association property matters for Lemieux PUMA 2013 and Montana Communities Association;

**Clarkston Property**: conveyed to the Posterity United Montana Assembly private membership association on March 6, 2013 and Montana Communities Association on December 17, 2019. Described in Patent #124 containing the 2.0033 acres and all the rights to the 2.0033 acres which include the right of possession, use, enjoyment to the exclusion of all others and disposal.   On September 10, 2022 the man: gene rodman; the woman: tracy shaw; the man: steven lemieux; the man: eric newhouse; the man: carl davis, grant all rights, title and interest in Clarkston Property to the woman: dawn davis lemieux;

**Montana Communities Association** (hereinafter 'we, us, our'): a private membership association of: the woman: dawn davis lemieux; the man: gene rodman; the woman: tracy shaw; the man: steven lemieux; the man: eric newhouse; the man: carl davis; not open, not publicly known, not invested with public office or employment, not national.  The purpose of its members is to serve God by helping men and women throughout Montana;

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

**Posterity United Montana Assembly - private association** (hereinafter 'Lemieux PUMA (2013)' and 'we, us, our'): a private membership association of: the woman: dawn davis lemieux; the man: gene rodman; the woman: tracy shaw; the man: steven lemieux; the man: eric newhouse; the man: carl davis; not open, not publicly known, not invested with public office or employment, not national. Lemieux PUMA 2013 received the 2.0033 acres of property in Clarkston, Montana on March 6, 2013;

**Posterity United Montana Assembly Nonprofit #D235477** (hereinafter 'Lemieux PUMA (2013) Nonprofit'): the private association Posterity United Montana Assembly as defined herein created a public nonprofit benefits corporation on March 25, 2013 for the purpose of opening a bank account. The nonprofit was involuntarily dissolved by the Montana Secretary of State on December 1, 2014 for inactivity. It held no assets;

**Posterity United Montana Assembly Nonprofit #D1133372** (hereinafter 'Reyher PUMA (2019) Nonprofit'): a public benefits nonprofit corporation incorporated on September 27, 2019 by lanora ann wellock reyher: a) Montana Secretary of State Registration number D1133372; and b) its principal place of business at 645 Baxter Lane East, Bozeman, Montana _59715; and c) without 501(c)(3) status; and d) was voluntarily dissolved on or about January 17, 2020, seventeen (17) weeks after incorporation; and e) lanora reyher is its incorporator and registered agent;

**assign**: a person to whom property or an interest is or may be transferred; as, a deed to a man and his heirs and assigns;

**assignee**: a person to whom an assignment is made; a person appointed or deputed to do some act, perform some business or enjoy some right, privilege or property; as an *assignee* of a bankrupt. An *assignee* may be by special appointment or deed, or be created by law; as an executor;

**claim**: a demand of a right or supposed right; a calling on another for something due, or supposed to be due. To have a right or title to;

**verifiable claim:** evidence and facts to back up the claim which doesn't require a judge to make an opinion on whether or not you have a claim; it can be verified by a magistrate with the facts, as proof, attached to the claim itself; the evidence can be recordings, copies of notices, records, receipts, etc. that establish the facts presented in the claim; it requires proof of at least 3 notices sent without full remedy provided;

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

**damage:** any loss of property sustained; any hinderance to the increase of property; or any obstruction to the possession, use, enjoyment and disposal of property. The value of what is lost; destruction or loss in value, usefulness, or an ability resulting from an action or event; money is required to be paid as remedy for a harm or wrong;

**God**: The Supreme Being; the eternal and infinite spirit, the creator, and the sovereign of the universe;

**God's law**: Thou shalt love the Lord thy God with all they heart, and with all they soul, and with all they mind. This is the first and great commandment. And the second is like unto it, thou shalt love they neighbor as thyself;

**governing law**: a) the covenant between the men and women of God; and b) private agreements between men and women;

**law:** is what man and woman live by in a society where everyone is allowed to choose their own ways as long as they don't harm anyone else; it is based on God's laws handed down to man from God through moses or the golden rule to do no harm to your brother; in law you put forth notice to another man or woman when you have been wronged so as to allow them to make remedy;

**legal:** what the society of attorneys created to place one man over another which violates God's laws; it creates titles and characters (persons) for man to play and allows a hierarchy of power; it is the undoing of God's laws; it is in form only and not in the substance of law; legal is a counterfeit of the law; the legal society only gets to practice law where men and women can declare, make and use law;

**code:** (montana law): municipal corporate policy pertaining to the employees of the municipal corporation through their agreement or contract for the guidance or regulation of their actions; a code is a society's rules and regulations that their members of their society are obligated to obey; codification of the statutes by the legal society is called codes; they arrange them by subject and give them titles and numbers; a code is a secret language of changing the meanings of words for a group who has knowledge of the code so they can interpret the language; codes must be deciphered for understanding;

**case law:** the interpretation of codified law by a judge based on the judge's opinion of the meaning of the law, setting a precedent, which other judges must follow;

**letters patent**: overt, open, a writing executed and sealed, by which power and authority are granted to a man or woman to do some act, or enjoy some right;

**patent**: to secure the exclusive right of a thing to a man or woman;

**private membership association**: a private association of men and women subject to God's law as defined herein;

**property**: an allodial freehold estate; land which is the absolute property of the owner held in absolute independence, without being subject to any rent, service, or acknowledgment to a superior. The exclusive right of possessing, enjoying and disposing of a thing; ownership. In the beginning of the world, the Creator gave to man dominion over the earth, over the fish of the sea and the fowls of the air, and over every living thing. This is the foundation of man's *property* in the earth and in all its productions. Prior occupancy of land and of wild animals gives to the possessor the *property* of them. The labor of inventing, making or producing any thing constitutes one of the highest and most indefeasible titles to *property, property* is also acquired by inheritance, by gift or by purchase. *property* is sometimes held in common, yet each man's right to his share in common land or stock is exclusively his own; the highest rights a man or a woman has; it is what is proper to that man or woman with the exclusion of all others within a society; it is what we can make a claim to;

**wrong:** is an escalation of an accident that wasn't remedied or an intentional act that damages someone's property, or theft, robbery or breach of trust, etc.;

**wrongdoer:** a man or woman who, through his or her actions causes wrong, harm, damage, loss, to another man or woman or his or her property;

**false witness:** the command from God found in the ninth commandment which causes a wrong by stating false words with the intention to diminish another man or woman or to have them purposely misrepresented in others eyes;

**covetousness:** the command from God found in the tenth commandment which is the taking of another man or woman's property without their knowledge, consent or agreement causing a wrong to that man or woman;

**theft:** knowingly or intentionally taking the property you know belongs to someone else without their permission or authority; it happens when the owner is not present to witness it;

**harm:** when a man or woman physically hurts another man or woman's body without their consent; it can start out with their consent but when they demand it to stop it becomes harm when the other man/woman does not stop;

**trespass:** violation of another's rights; an additional claim added to a wrong not remedied after proper notice is given; it is a biblical karmic scar; trespass is the highest violation and not to be used lightly as it will bring them under karmic law; it must be expressed through notices;

**testify:** swearing on something that is valuable to you; men and women have the right to testify;

**true:** it means there is no need for opinions or belief as it is verifiable by facts and evidence and cannot be challenged; there is no controversy and no need for a judge's opinions and judgment; what is true is objective;

**truth:** means it is someone's belief or opinions on a matter from their point of view; everyone has their own truth; truth is subjective;

**facts:** are statements of events or observations with evidence that supports the events or observations are true;

**remedy:** to make whole a man or woman after causing a wrong, damage or harm to him or her;

**right:** what man and woman inherently has granted to them from their creator God; man and woman are the highest beings on this planet and the only ones that have these rights; they are only limited by man/woman themselves when they are not exercised or upheld;

**agreement:** a bond between a man or a woman who have a trust between each other and is not written down. It can be a handshake with or without witnesses; it can be the man's or woman's word as their bond in a verbal agreement; it requires having a good name from following through on your agreements and staying in honor;

**contract:** an agreement that is written down with the terms and conditions and includes all eight elements making it a binding contract enforceable in court; the elements are: each party competent to contract, free and genuine consent, full disclosure, valuable consideration, certainty of terms, meeting of the mind, signatures or autographs of each party and privity of contract;

**duty:** an action or work that is required as part as a public office which an employee is obligated to perform and paid to do;

**record:** a memorization of an event or writing which may or may not be a true representation of that event or writing;

**evidence:** some thing, testimony, document or physical object which is helpful in forming a conclusion or fact;

## facts regarding the claim

1.      March 6, 2013; Edward Arnold and David Boehrer, of the Ponderosa Pines Ranch Property Owners Association, Inc. homeowner's association in Clarkston, Montana (hereinafter 'Ponderosa Pines') conveyed its Clarkston Property containing 2.0033 acres (hereinafter 'property'), found within the in Letters Patent #124 and described in the entire chain of title, to the private association of men and women named 'Posterity United Montana Assembly' (hereinafter 'Lemieux PUMA (2013)') (**Exhibit 1**, Quit Claim Deed #2444379, March 6, 2013, to Posterity United Montana Assembly private association) (**Exhibit 2**, Summary of Chain of Title, Certified Copy of Patent #124 and each Deed in Chain of Title).  On this date the men and women of the private association took possession of the property;

2.      For banking purposes, on March 25, 2013, the men and women of Lemieux PUMA 2013 *private* association agreed to register a *public* nonprofit with the Montana Secretary of State #D235477 and named it 'Posterity United Montana Assembly' (hereinafter 'Lemieux PUMA (2013) Nonprofit').  Its principal place of business was at 12454 Clarkston Road, Three Forks, Montana. This nonprofit did not hold title to the property and is not the private association. The nonprofit was involuntarily dissolved on December 1, 2014 for inactivity and was not re-instated by the elected officers of the nonprofit (**Exhibit 3**, Business Search, Montana Sec. of State involuntary dissolution for Posterity United Montana Assembly Nonprofit (2013));

3.      In the spring of 2019, after six (6) years of possessing, using and enjoying the property, the men and women of the private association agreed to dispose of it.

steven lemieux agreed to post the property on Facebook Marketplace and meet with potential buyers;

4.     August 19, 2019: a woman, lanora ann wellock reyher (hereinafter 'lanora'), contacted i about the property. lanora learned that the property was up for sale, invited i to lunch to talk about it and during lunch she verbally made several offers on the property. lanora was not a member of our private association or the nonprofit dissolved five years earlier in 2014. i told lanora that i would present her offers to the men and women of the association as i did not have the authority to accept or refuse her offers. lanora got angry with i at the lunch meeting (**Exhibit 4**, August 2019, Text Messages to dawn from lanora);

5.     August 25, 2019: lanora asked i to meet with her. i agreed. lanora appealed to i to "save PUMA" property from being sold. She gave i a letter which had an apology to i for her anger at the August 19, 2019, lunch; the letter also contained several offers (**Exhibit 5**, August 2019, Letter to dawn from lanora). August 26, 2019; i contact lanora and tell her the association members refuse her offers;

6.     Early December 2019: Northwestern Energy contacted i and informed i that a woman was using registration papers for a Bozeman nonprofit named 'Posterity United Montana Assembly' to have our utility contract changed; due to privacy reasons, Northwestern Energy could not give i the name of the woman;

7.     i got off the phone with the power company and i checked the Montana Secretary of State website; it was there that i found the business records of a nonprofit incorporated on September 27, 2019 using the name '*Posterity United Montana Assembly*'. lanora reyher was listed as the incorporator and registered agent of this new Bozeman based nonprofit;

8.     lanora filed nonprofit incorporation papers with the Montana Secretary of State on September 27, 2019 and used the name Posterity United Montana

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

Assembly for it. lanora's nonprofit (hereinafter 'Reyher PUMA (2019) Nonprofit'):

    a) was registered as a public benefit's nonprofit corporation without 501(c)(3) status; and

    b) was given the registration #D1133372; and

    c) had its principal place of business at 645 Baxter Lane East, Bozeman, Montana _59715; and

    d) had lanora reyher named as its incorporator and registered agent (**Exhibit 6**, <u>Reyher PUMA Nonprofit Registration Papers, September 27, 2019</u>);

9.    i knew that this Bozeman nonprofit lanora incorporated, ten (10) weeks prior to her interference with our utility contract, was not our private association or the dissolved Lemieux PUMA (2013) Non-profit;

10.    i re-read the letter lanora had given i three and a half (3 ½) months earlier; in the letter lanora wrote: "We will pledge to pay the property taxes with your signature on a Promissory Note on behalf of PUMA, pay the expenses to update all filings with the state...." (**Exhibit 5**, pg. 1, last paragraph);

11.    lanora incorporated a nonprofit and used the name *Posterity United Montana Assembly* and impersonated either our private association or our nonprofit that was dissolved back in 2014;

12.    i called Northwestern Energy back and was put through to the woman: shanna dejean who sometimes acts as account supervisor. i told shanna: the Bozeman nonprofit recently incorporated by lanora reyher was not the *Posterity United Montana Assembly* that had title to the property and lanora was not an officer or member of our *Posterity United Montana Assembly* and had no authority to change our power contract – a contract in place since 2013;

13.    shanna stated on the phone that lanora gave Northwestern Energy her nonprofit's registration papers (**Exhibit 6**) to remove the name of i from the account and to put the account in her name as the *"agent for Posterity United Montana Assembly"* and to remove 12454 Clarkston Road, Three Forks, Montana as the *Posterity United Montana Assembly* address and to mail the power contract to 645 Baxter Lane East, Bozeman, Montana_59715 [the address of Reyher PUMA (2019) Nonprofit];

14.    i stated to shanna that it appeared lanora was using her nonprofit's registration paperwork to impersonate our *Posterity United Montana Assembly*. shanna gave me her email and i sent her documents to support our ownership rights;

15.    On December 16, 2019; i called the men and women of our private association, told them i discovered lanora reyher had incorporated a nonprofit using our association's name and was using her nonprofit's registration papers to interfere with our utility contract. We discussed: a) that it is common knowledge that utility contracts are often used to support property possession and ownership claims; and b) lanora was taking actions that affected our property in Clarkston; and c) we were suspicious of her intentions;

16.    On December 17, 2019; we held an emergency meeting to discuss our options of protecting our rights to our property. We created a new private association with the name Montana Communities Association as lanora's Posterity United Montana Assembly (2019) Nonprofit was causing confusion in the public with our private association and our dissolved nonprofit. We conveyed our property to Montana Communities Association (**Exhibit 7**, <u>Quit Claim Deed #2671855, December 17, 2019, to Montana Communities Association</u>);

17.    i notified shanna at Northwestern Energy, emailed her a small sample of bills we paid for the property over six plus years (held in i's records), the deed

from Ponderosa Pines to the Lemieux PUMA 2013 private association (**Exhibit 1**) and the deed from Lemieux PUMA 2013 to Montana Communities Association (**Exhibit 7**) as proof of ownership and possession; the utilities were put into Montana Communities Association's name with the name of i as the proper contact;

18.    February 7, 2020: i and a man: robert bednarchik, went out to the property to check on it. Snow was on the ground and i saw footprints going to the front and back doors of the building.  i saw men across the street at the volunteer Fire Department building and walked over and asked them if they had observed people walking on our property.  They stated to i and robert that the volunteer Fire Department now owned our property.  i was shocked to hear this and told them to have the Fire Department Trustees, who i did not know, call i.  i did not have notice of this information prior to this encounter;

19.    i returned to Bozeman and called the Gallatin County Sheriff's Department to report: a) the trespass on our property; and b) the claim made by the men at the Fire Department building. The man: Obadiah Rouse, who sometimes acts as deputy, took i's report and then informed i that a woman named 'lanora reyher' had made three (3) trespass reports to their department on November 7, 8, and 21 of 2019 and in those reports, she claimed, "i and other men and women were persons that needed to be removed from her property because she had registration papers".  i did not receive notice from lanora that she had claim to our property, i did not receive notice from lanora of any of these trespasses and i did not receive notice from any man or woman acting as fire department Trustees in Clarkston, Montana;

20.    This was the second time i learned that lanora had used the registration papers of the Reyher PUMA (2019) Nonprofit to impersonate either our private association or our dissolved nonprofit. lanora's reports and trespass by way of

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

bearing false witness to the Gallatin County Sheriff's Department could have had i and the other men and women falsely charged or arrested for trespass on our own property;

21.    After my explanation to the deputy, that lanora had used her registration papers to interfere with our utility contract, he checked the county records and told i he saw Montana Communities Association in the records as having title and i's name was on the paperwork. After verifying the records, he assured i that we could be on our property without fear of arrest for trespass;

22.    June 11, 2020: steven lemieux went to check on the property and found the building had been broken into, our locks changed and a truck and shed were on the property. steven called i and i thought to check the county public records.  i suspected lanora used her nonprofit registration papers once again;

23.    i checked the county public record and found lanora recorded a quit claim deed (#2680072) on April 29, 2020. Without notice to i and our knowledge or permission, lanora reyher created a quit claim deed which appeared to donate our property to Clarkston Fire Service Area #6 (**Exhibit 8**, Quit Claim Deed #2680072, February 10, 2020, to Clarkston Fire Service Area #6);

24.    Reyher PUMA (2019) Nonprofit's address and nonprofit registration number are on this quit claim deed as evidence the nonprofit lanora incorporated is the grantor in this deed and Lemieux PUMA (2013) private association and Lemieux PUMA (2013) Nonprofit are not. lanora's nonprofit is outside the chain of title and i do not know if lanora was impersonating our private association or our dissolved nonprofit;

25.    lanora identifies herself in this deed as Posterity United Montana Assembly's "recent registered agent" which is evidence that she was the agent for the Reyher PUMA (2019) Nonprofit.  i do not know if lanora was impersonating

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

our private association or our dissolved nonprofit and i state she was not was acting for either (**Exhibit 8**);

26.    lanora's quit claim deed dated February 10, 2020 was:

a) two (2) months after we conveyed the property to Montana Communities Association; and

b) three (3) days after:
  i) i spoke with the men at the volunteer Fire Department about the trespass on our property; and
  ii) they told i that the fire department owned our property and i gave them i's number; and
  iii) i asked that the fire department Trustees contact i; and

c) three (3) days after i reported the trespass to Deputy Rouse;

27.    i had no notice of claim from lanora or the men and women of the fire department prior to breaking into our building, changing our locks and placing a shed and water drilling truck our property. The only information i had was from two unknown men at the fire department building back on February 7, 2020 that the fire department owned our property; a claim they made to i three (3) days before lanora made out her quit claim deed to the fire department;

28.    lanora did not give i, on behalf of the men and women of Lemieux PUMA (2013) and Montana Communities Association, value or consideration for our property, Reyher PUMA (2019) Nonprofit did not give i, on behalf of the men and women of Lemieux PUMA (2013) and Montana Communities Association, value or consideration for our property. We did not convey our property to lanora or to Reyher PUMA (2019) Nonprofit;

29.    June – July 2020: Montana Communities Association had the utilities to the building in its name and without notice to i the men and women of the fire department changed the locks before June 11, 2020 and racked up the power bill that was in Montana Communities Association's name.  i paid the outstanding bill;

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

30.    i called shanna at Northwestern Energy. i told her about lanora's quit claim deed to Clarkston Fire Service Area #6, that i was locked out of our building and that someone was using the power without i's permission. i asked shanna to put in an order to shut off all power to the building; she did and the account was flagged, only i could re-instate the contract and Northwestern Energy was not going transfer the utilities into the name of Clarkston Fire Service Area #6.

31.    July-September 2020: The men and women of Montana Communities Association asked i to get certified copies of the entire chain of title to the property and to accept the land patent. i agree and I, acting as the assignee, accept the land patent (Letters Patent #124);

32.    Acting as the assignee, i publicly posted the property claim of i for sixty-three (63) days. Acting as a witness to i's public property posting, the man; robert bednarchik wrote an affidavit on December 3, 2020 (**Exhibit 9**, <u>Acceptance of Land Patent #124, Summary of Chain of Title, Public Notice, Affidavit of Robert Bednarchik</u>);

33.    November 24, 2020: acting as the assignee, i sent actual notice of i's claim to the property and Exhibits 1, 7 and 9 to the following men and women:

> a) lanora reyher acting as the registered agent and incorporator of Reyher PUMA 2019; and
>
> b) clint field, paula marquardt, ben peterson, lisa mueller and chris rassmussen, acting for Clarkston Fire Service Area #6 (**Exhibit 10**, <u>November 24, 2020, Notice from dawn lemieux to lanora reyher, clint field, paula marquardt, ben peterson, lisa mueller, chris rassmussen</u>, pg. 1-10 ¶ 1-29).

34.    i receive no response or compensation from lanora, clint, paula, ben, lisa and chris;

35.    Several months after i served i's claim (**Exhibit 10**) to lanora, clint, paula, ben, lisa and chris; and after their time to respond with a claim expired; clint,

paula, ben, lisa and chris acting as Trustees of the county volunteer fire department sued i, tracy and steven in a quiet title action on December 22, 2020; Case No. DV-20-1382A;

36.    On March 29, 2022 a Gallatin County District Judge quieted title in favor of Clarkston Fire Service Area #6 fire department and told us to vacate the property by April 20, 2022 (**Exhibit 11**, <u>Final Judgment dated March 29, 2022</u>);

37.    June 2, 2022: i, tracy, gene, carl, steven and eric sent lanora a 2nd Notice (dated May 31, 2022) via certified mail #70101870000025869693.  In the notice: we pressed our claim of 'trespass by way of theft and bearing false witness' against lanora, the wrongdoer (**Exhibit 12**, <u>June 2, 2022, 2nd Notice from dawn lemieux et al to lanora reyher</u>).  We asked lanora to provide us a lawful excuse and evidence that: she is not a wrongdoer, did not trespass by way of theft and bearing false witness and did not cause us damage.  lanora received the notice on June 3, 2022.

38.    June 22, 2022: lanora responded to our 2nd Notice with a 'Refused for Fraud Notice', (**Exhibit 13**, <u>June 22, 2022, Refuse for Fraud Notice from lanora reyher to dawn lemieux et al</u>).  lanora admits in her notice that she received our notice and claim and she responded with her claim; "the Clarkston Fire Service Area #6 is the lawful owner of the lot because of, YOUR misconduct, not mine".

i, tracy, gene, carl, steven and eric have no evidence as to how allegations of "misconduct" translate into lanora or Reyher PUMA (2019) Nonprofit having a title to our property and the right to dispose of it.  We did not receive a remedy or a lawful excuse from lanora for her trespass and we can find no information or evidence on any county record that she or Reyher PUMA (2019) Nonprofit had title to our property before she appeared to donate it;

39.    On August 8, 2022; i sent lanora a <u>Final Notice</u>, <u>Addendum to Final Notice</u>, <u>Exhibits A-M</u> (to support our claim) and a <u>Certificate of Service</u>.  This was sent via certified mail #70052570000229324552 (**Exhibit 14**, August 8, 2022, <u>Final Notice</u>

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

from dawn lemieux to lanora reyher, Addendum, Certificate of Service). We asked lanora to provide us a lawful excuse and evidence that: she is not a wrongdoer, did not trespass by way of theft and bearing false witness and did not cause us damage;

40.    September 1, 2022: in response to our <u>Final Notice</u> (**Exhibit 14**) lanora sent a 'Notice of No Trespass/No Contact' to i, tracy, gene, eric, carl and steven via certified mail #70200640000006024906 and copied the Madison County Sheriff's Department and its Victims Advocate program on her notice (**Exhibit 15**, <u>September 1, 2022, Notice of No Trespass/No Contact from lanora reyher to dawn lemieux et al</u>). lanora did not provide a lawful excuse or evidence that: she is not a wrongdoer, did not trespass by way of theft and bearing false witness and did not cause us damage;

41.    i, tracy, gene, carl, steven and eric have not received compensation or remedy from lanora for the taking of property we continuously possessed, used, enjoyed and maintained since 2013;

42.    On September 10, 2022: tracy, gene, carl, steven and eric granted i all of their rights to the following property (**Exhibit 16**, <u>Testimony of tracy shaw, gene rodman, carl davis, steven lemieux and eric newhouse</u>):

> property: the character of said Land claimed by the Patent and described and referenced under the Land Patent Certificate number 124 is: that part of the North ½ of the North East ¼ and the lot numbered one of Section 12 in Township 3 North of Range 2 East of Montana Meridian in Montana Territory containing Ninety Six acres and Forty Two hundredths of an acre according to the Official Plat of the Survey of a said Lands, returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said Edmund F. Sawyer. Recorded by Robert W. Ross Recorder of the General Land Office, Recorded vol. 1 page 173. No claim is made by i to the entire tract of Land as described in the original Patent, only the 2.0033 acres as described in the entire chain of title with the last description found in Document #2671855 and all the rights of possession, use, enjoyment and disposal of the 2.0033 acres;

property: i's claim of trespass by way of theft, trespass by way of bearing false witness and damages made against lanora reyher in notices dated: a) November 24, 2020; and b) June 2, 2022; and c) August 8, 2022;

43.    i state: i am vested with all rights to the property (identified in this claim in point 42 above) and i have exclusive control of the property;

## memorandum

1.    i, dawn, press this claim against the wrongdoer, lanora for trespass by way of theft of i's Clarkston Property and damages;

2.    i, tracy, gene, carl, steven and eric mailed lanora reyher three (3) notices (**Exhibits 10, 12, 14**): a) November 24, 2020; and b) June 2, 2022; and c) August 8, 2022;

3.    lanora did not respond to i's November 24, 2020 Notice (**Exhibit 10**);

4.    lanora's response to the June 2, 2022 2nd Notice (**Exhibit 12**) was to send a Refuse for Fraud Notice to i on June 22, 2022 (**Exhibit 13**);

5.    lanora's response to the August 8, 2022 Final Notice (**Exhibit 14**) was to send i a Notice of No Trespass/No Contact (**Exhibit 15**) on September 1, 2022; lanora kept our Exhibits A-M;

6.    On September 10, 2022: tracy, gene, carl, steven and eric grant all rights, title and interest in the Clarkston Property and all rights, title and interest in their claim of trespass and damage against lanora to i: dawn davis lemieux; in October of 2022 tracy, gene, carl, steven and eric testify to their act (**Exhibit 16**);

7.    lanora reyher has not given to i a remedy or lawful excuse for her trespass by way of theft and damages;

## documents enclosed:

Exhibit 1:    Quit Claim Deed #2444379, March 6, 2013, to Posterity United Montana Assembly private association

Exhibit 2:    Summary Chain of Title, Certified Copy of Patent #124 and each Deed in Chain of Title

Exhibit 3:    Business Search, Montana Sec. of State involuntary dissolution for Posterity United Montana Assembly Nonprofit (2013)

Exhibit 4:    August 2019, Text Messages to dawn from lanora

Exhibit 5:    August 2019, Letter to dawn lemieux from lanora

Exhibit 6:    Reyher PUMA Nonprofit Registration Papers, September 27, 2019

Exhibit 7:    Quit Claim Deed #2671855, December 17, 2019, to Montana Communities Association

Exhibit 8:    Quit Claim Deed #2680072, February 10, 2020, to Clarkston Fire Service Area #6)

Exhibit 9:    Acceptance of Land Patent #124, Summary of Chain of Title, Public Notice, Affidavit of Robert Bednarchik

Exhibit 10:  November 24, 2020, Notice from dawn lemieux to lanora reyher, clint field, paula marquardt, ben peterson, lisa mueller, chris rassmussen

Exhibit 11:  Final Judgment dated March 29, 2022

Exhibit 12:  June 2, 2022, 2nd Notice from dawn lemieux et al to lanora reyher

Exhibit 13:  June 22, 2022, Refuse for Fraud Notice from lanora reyher to dawn lemieux et al

Exhibit 14:  August 8, 2022, Final Notice from dawn lemieux to lanora reyher, Addendum, Certificate of Service

Exhibit 15:  September 1, 2022, Notice of No Trespass/No Contact from lanora reyher to dawn lemieux et al

Exhibit 16:  Testimony of tracy shaw, gene rodman, carl davis, steven lemieux and eric newhouse

affirmed on this _18_ day of October, 2022

by: *[signature]*

**dawn: davis lemieux court rules;**

The definitions in the above 'Glossary of words and terms for this claim' apply to this claim;

1.  magistrate must review the record of the claim and facts supporting the claim and verify that proper notice was given and remedy was not provided; and

2.  the magistrate must allow the wrongdoer, if present, to explain the reason why remedy was not provided; and

3.  if all facts are true, verified by evidence, the magistrate must sign i's order; and

4.  all papers as proof of claim or in defense must be before the court, in writing and on the record by hearing / trial date and proper notice must be given to the men and women who come forth to testify; and

5.  the law form is God's law between men and women and private agreements between men and women (see glossary); and

6.  only men and women shall be permitted in court to testify; no titles, no persons or agents of persons are invited; and

7.  no man or woman acting as an agent or agency of a government can impair the obligation of a contract / agreement or imply a contract where one does not exist; all the elements of a contract / agreement must be present for a contract / agreement to exist; and

8.  complete remedy must be provided to the woman: dawn davis lemieux by the woman: lanora reyher; and

9.  all court orders shall be honored to the men and women they are directed to or it shall be deemed a wrong to the court; and

10. no man or woman will testify without first-hand knowledge and all testimony is made under oath to almighty God;

11. the law form for the land is found within Letters Patent #124; and

# Order

memorandum:

after review of the true facts on record of the claim of the woman: dawn: davis lemieux;

i, _____ acting as magistrate of the above referenced court verify that:

a.    dawn: davis lemieux is vested with all rights to the Clarkston Property and claims of trespass and damage of tracy, gene, carl, steven and eric and has exclusive control of the Clarkston Property and claims of trespass and damage of tracy, gene, carl, steven and eric:

> Clarkston Property: the character of said Land claimed by the Patent and described and referenced under the Land Patent Certificate number 124 is: that part of the North ½ of the North East ¼ and the lot numbered one of Section 12 in Township 3 North of Range 2 East of Montana Meridian in Montana Territory containing Ninety Six acres and Forty Two hundredths of an acre according to the Official Plat of the Survey of a said Lands, returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said Edmund F. Sawyer. Recorded by Robert W. Ross Recorder of the General Land Office, Recorded vol. 1 page 173. No claim is made by i to the entire tract of Land as described in the original Patent, only the 2.0033 acres as described in the entire chain of title with the last description found in Document #2671855;

b.    three notices were sent to the woman: lanora ann wellock reyher (lanora reyher); who sometimes acts as the incorporator and registered agent for Posterity United Montana Assembly Nonprofit #D1133372; and

c.    lanora did not provide remedy or a lawful excuse to dawn, tracy, gene, carl, steven and eric for her trespass by way of theft of the Clarkston Property and did not give compensation for the damage caused by her trespass; and

d.    because of lanora's trespass by way of theft, dawn, tracy, gene, carl, steven and eric were sued and ordered off their property by a district judge on March 29, 2022; and

e.    it is the testimony of tracy, gene, carl, steven and eric that each granted their rights, title and interest in the Clarkston Property and claims of trespass and damage to dawn: davis lemieux on September 10, 2022; and

f.    monetary value is required for the damages caused by lanora's trespass by way of theft as remedy to restore dawn who is vested with all the rights to the Clarkston Property for the wrong occurred;

therefore;

☐    it is ordered that:

a) dawn: davis lemieux is the rightful owner of and vested with all rights to and in the Clarkston Property:

> Clarkston Property: the character of said Land claimed by the Patent and described and referenced under the Land Patent Certificate number 124 is: that part of the North ½ of the North East ¼ and the lot numbered one of Section 12 in Township 3 North of Range 2 East of Montana Meridian in Montana Territory containing Ninety Six acres and Forty Two hundredths of an acre according to the Official Plat of the Survey of a said Lands, returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said Edmund F. Sawyer. Recorded by Robert W. Ross Recorder of the General Land Office, Recorded vol. 1 page 173. No claim is made by i to the entire tract of Land as described in the original Patent, only the 2.0033 acres as described in the entire chain of title with the last description found in Document #2671855;

b) lanora ann wellock reyher pay to dawn: davis lemieux $150,000.00 USD for the Clarkston Property within 10 (ten) consecutive days of the signing of this order; and

the dawn: davis lemieux court, at the "district court of the united states, district of montana"

c)  dawn: davis lemieux is to convey the Clarkston Property to lanora ann wellock reyher upon receipt of the $150,000.00 USD; and

d)  lanora ann wellock reyher pay to dawn: davis lemieux $120,223.61 USD as compensation for damages:

| | |
|---|---|
| Harm, court costs, dawn's time and energy | $75,000.00 |
| Utilities | $    123.21 |
| Storage fees | $11,000.00 |
| Denied Access June 2020: | $  1,000.00 |
| Maintain trespass $100.00/day Aug. 9, 2022 to present: | $  7,100.00 |
| Denied right to sell Feb. 2020-April 2022: | $26,000.00; |

e)  Total amount lanora ann wellock reyher pay to dawn: davis lemieux is $270,223.61.

☐    it is ordered that:

a)  dawn: davis lemieux is the rightful owner and vested with all rights to and in the Clarkston Property:

Clarkston Property: the character of said Land claimed by the Patent and described and referenced under the Land Patent Certificate number 124 is: that part of the North ½ of the North East ¼ and the lot numbered one of Section 12 in Township 3 North of Range 2 East of Montana Meridian in Montana Territory containing Ninety Six acres and Forty Two hundredths of an acre according to the Official Plat of the Survey of a said Lands, returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said Edmund F. Sawyer. Recorded by Robert W. Ross Recorder of the General Land Office, Recorded vol. 1 page 173. No claim is made by i to the entire tract of Land as described in the original Patent, only the 2.0033 acres as described in the entire chain of title with the last description found in Document #2671855;

b) lanora ann wellock reyher quits all claims to the Clarkston Property, the <u>Quit Claim Deed #2680072</u> (dated February 10, 2020 and recorded April 29, 2020) is outside the chain of title and is null and void; and

c) lanora ann wellock reyher to pay dawn: davis lemieux $120,223.61 USD as compensation for damages:

| | |
|---|---|
| Harm, court costs, dawn's time and energy | $75,000.00 |
| Utilities | $    123.21 |
| Storage fees | $11,000.00 |
| Denied Access June 2020: | $ 1,000.00 |
| Maintain trespass $100.00/day Aug. 9, 2022 to present: | $ 7,100.00 |
| Denied right to sell Feb. 2020-April 2022: | $26,000.00; |

d) total amount lanora ann wellock reyher pay to dawn: davis lemieux is $120,223.61 USD.

So ordered this _____day of _____, 2022

_____

Magistrate