IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAWN DAVIS LEMIEUX, | CV-22-70-BU-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| LANORA ANN WELLOCK REYHER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Plaintiff has until November 25, 2022 to pay the filing fee of $402.00, or submit the AO 239, Application to Proceed In District Court without Prepaying Fees or Costs, or this case will be dismissed without prejudice.

DATED this 24th day of October, 2022.

Brian Morris, Chief District Judge
United States District Court