IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAWN DAVIS LEMIEUX, | CV-22-70-BU-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| LANORA ANN WELLOCK REYHER, | |
| Defendant. | |

　　Plaintiff filed this action on October 18, 2022, without paying the required $402.00 filing fee. (Doc. 1). On October 24, 2022 the Court ordered the Plaintiff to pay the filing fee of $402.00, or submit the AO 239, Application to Proceed In District Court without Prepaying Fees or Costs, by November 25, 2022, or this case will be dismissed without prejudice. To date, the Plaintiff has done neither. Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

IT IS ALSO ORDERED that the Clerk of Court will return to the Plaintiff, by United Parcel service, the currency Plaintiff submitted to the Clerk of Court's Office, in case number CV-15-77-BU-JCL.

DATED this 25th day of January, 2023.

Brian Morris, Chief District Judge
United States District Court