UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAWN DAVIS LEMIEUX,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LANORA ANN WELLOCK REYHER,<br><br>　　　　　　Defendant. | Case No. CV-22-70 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED CASE IS DISMISSED WITHOUT PREJUDICE.

　　Dated this 26th day of January, 2023.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ M. Stewart
　　　　　　　　　　　　　M. Stewart, Deputy Clerk